# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NICOLE SIMONE,

                Petitioner

            v.

MOHAMMED ZAKIUL ALAM,

                Respondent

:  No. 502 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of May, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether a tenant in common of real property who does not exercise possession or control thereover is an indispensable party in a premises liability action?